# United States District Court
# For The Western District of North Carolina
# Charlotte Division

MARVIN JUNIOR COVINGTON,

       Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                        3:09-CV-20-3-MU

RICK JACKSON,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2009 Order.

                                          Signed: April 1, 2009

Frank G. Johns, Clerk
United States District Court